

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2022

No. 04-21-00587-CV

**IN RE** Arlette Dominguez Gallegos **BELVER** and Fav Swimmers II, LLC,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI20964
The Honorable Monique Diaz, Judge Presiding

# O R D E R

On March 22, 2022, Relators Arlette Belver and FAV Swimmers II, LLC, filed a motion to withdraw Austin Reyna as an attorney of record. The motion substantially complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

The motion to withdraw is GRANTED.

It is so **ORDERED** on April 7, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT